**Opinion issued October 4, 2019**



In The

# Court of Appeals

### For The

# First District of Texas

————————————

## NO. 01-19-00741-CV

————————————

## IN RE STEPHANIE TOWNES, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Stephanie Townes, has filed a petition for writ of mandamus challenging the district court's order requiring relator to pay $2,500 in attorney's fees as sanctions.[1] We deny the petition. Relator's motion for an emergency stay is dismissed as moot.

---

[1]     The underlying case is *In the Interest of Davenport Children*, cause number 42433, pending in the 300th District Court of Brazoria County, Texas, the Honorable K. Randall Hufstetler presiding.

## PER CURIAM

Panel consists of Justices Lloyd, Goodman, and Landau.